412 A.2d 881

**COMMONWEALTH of Pennsylvania,**

**v.**

**Reuben L. SHELTON, Appellant.**

Supreme Court of Pennsylvania.

Argued March 7, 1980.

Decided April 10, 1980.

Michael C. Gruitza, Sharon, for appellant.

David B. Douds, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

The petition for allowance of appeal having been improvidently granted, the appeal is dismissed.